# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 21, 2023

Mr. Scott Harris
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543

      No. 21-50826    Cmty Fin Assoc America v. CFPB
                      USDC No. 1:18-CV-295
                      Supreme Court Case No.22-448

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Northern District of Texas is directed to transmit their record to the United States Supreme Court.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Renee S. McDonough, Deputy Clerk
                504-310-7673

cc:
      Mr. Keith Jerrod Barnett
      Ms. Karen S. Bloom
      Mr. Hampton Hunter Bruton I
      Mr. Michael A. Carvin
      Mr. Philip Devlin
      Ms. Laura Jane Durfee
      Mr. Kevin E. Friedl
      Mr. Christian George Vergonis
      Mrs. Elizabeth Penland Waldbeser