Case: 21-50826     Document: 124-1     Page: 1     Date Filed: 05/22/2024

# MICHAEL WESTENDORF





May 16, 2024

HON CORY T WILSON
501 EAST COURT STREET
SUITE 5.350
JACKSON MS 39201-5037

*Re: Community Financial Services Association of America, Limited; Consumer Service Alliance of Texas, Plaintiffs—Appellants, v. Consumer Financial Protection Bureau; Rohit Chopra, in his official capacity as Director, Consumer Financial Protection Bureau, Defendants—Appellees; No. 21-50826*

Dear Judge Wilson:

"In essence, the Bureau contends that because Congress spun the agency's funding mechanism into motion when it passed the Act, voila!"

Indeed.

Accordingly, the judgment of the United States Court of Appeals for the Fifth Circuit is REVERSED by the SUPREME COURT OF THE UNITED STATES.

With every good wish, I am

Sincerely yours,

**5100 EASTMAN AVE. STE. 1 · MIDLAND, MICH. 48640 · (989) 280-3464**



METROPLEX MI 480
17 MAY 2024 PM 7 L

MICHAEL WESTENDORF
5100 EASTMAN AVE STE 1
MIDLAND MI 48640

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
OFFICE OF THE CLERK
F. EDWARD HEBERT BUILDING
600 S. MAESTRI PLACE
NEW ORLEANS LA 70130-3408

70130-344040