# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 11, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Community Financial Services Association of America, Limited, et al.
v. Consumer Financial Protection Bureau, et al.
No. 24-969
(Your No. 21-50826)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 7, 2025 and placed on the docket March 11, 2025 as No. 24-969.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst

